RUE LAW GROUP, LLC
John Rue, Esq. ID #047032005
Krista Rue, Esq. ID #041482002
100 Overlook Center, 2nd Floor, #9211
Princeton, New Jersey 08540
(862) 283-3155
john@johnruelaw.com
krue@johnruelaw.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| A.B. and B.B., individually and as parents and next friends of E.B.-1, a minor, and E.B.-2, a minor,<br><br>    *Plaintiffs*,<br>  v.<br><br>  FORT LEE SCHOOL DISTRICT,<br><br>    *Defendant* | **Civil Action No. _____**<br>**CERTIFICATION PURSUANT**<br>**TO L. CIV. R. 7.1.1** |

I hereby certify that no third party has provided or is providing funding for any part of the attorneys' fees or expenses on a non-recourse basis.

RUE LAW GROUP
(aka John Rue & Associates, LLC)
ATTORNEYS FOR PLAINTIFFS

DATE:    **Feb. 1, 2026**        By:    *John Rue*
                                        John Rue