RUE LAW GROUP
John Rue, Esq. (ID #047032005)
5 Lake Drive
Woodland Lakes
Randolph, New Jersey 07869
(862) 283-3155
john@johnruelaw.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| A.B. and B.B., individually and as parents and next friends of E.B.-1, a minor, and E.B.-2, a minor, | Civil Action No. 2:26-cv-01031-BRM-MAH |
| *Plaintiffs,*<br>v.<br>FORT LEE BOARD OF EDUCATION, *Defendant.* | **NOTICE OF MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(2)** |

TO: Eric L. Harrison, Esq.; Raina Pitts, Esq., Methfessel & Werbel, P.C., Attorneys for Defendant Fort Lee Board of Education

PLEASE TAKE NOTICE that on September 8, 2026, or as soon thereafter as counsel may be heard, Plaintiffs A.B. and B.B., individually and as parents and next friends of E.B.-1 and E.B.-2, minors, shall move before the United States District Court for the District of New Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey, for an Order pursuant to Federal Rule of Civil Procedure 41(a)(2) dismissing this action, and all claims of all Plaintiffs, without prejudice.

PLEASE TAKE FURTHER NOTICE that in support of this motion, Plaintiffs shall rely upon the accompanying Brief and the Certification of Plaintiff A.B., with Exhibit A thereto.

PLEASE TAKE FURTHER NOTICE that a proposed form of Order is submitted herewith.

PLEASE TAKE FURTHER NOTICE that, pursuant to L. Civ. R. 78.1(b), Plaintiffs do not request oral argument unless opposition is filed.

RUE LAW GROUP
*Attorneys for Plaintiffs*

By: s/ John Rue
John Rue, Esq.

Dated: August 5, 2026