RUE LAW GROUP
John Rue, Esq. (ID #047032005)
5 Lake Drive
Woodland Lakes
Randolph, New Jersey 07869
(862) 283-3155
john@johnruelaw.com
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| A.B. and B.B., individually and as parents and next friends of E.B.-1, a minor, and E.B.-2, a minor, | Civil Action No. 2:26-cv-01031-BRM-MAH |
| *Plaintiffs,* | |
| v. | **CERTIFICATION OF PLAINTIFF A.B. IN SUPPORT OF PLAINTIFFS' MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| FORT LEE BOARD OF EDUCATION, | |
| *Defendant.* | |

A.B., of full age, certifies as follows:

1.  I am the Plaintiff identified as A.B. in this action and the father of the minor Plaintiffs identified as E.B.-1 and E.B.-2. I make this Certification in support of Plaintiffs' motion for voluntary dismissal of this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). I have personal knowledge of the facts stated in this Certification.

2.  I created the document titled "Annual Review Meetings Under Fort Lee Board of Education Cease-And-Desists and Armed Aggression Against Parents" (the "Ledger"). I have maintained the Ledger personally since March 2026. Entries recording events from March 2026 forward were made at or near the time of the events they describe; earlier entries are drawn from documents and communications created at the time of the events they record.

3.  I submitted the June 30, 2026 version of the Ledger, comprising 227 pages, to the Board Secretary and members of the Fort Lee Board of Education and, in the same communication, to the New Jersey Department of Education, Office of Fiscal Accountability and Compliance, on June 30, 2026. On July 1, 2026, the District transmitted E.B.-2's IEP with the June 30, 2026 version of the Ledger appended in full. Exhibit A to this Certification is a true copy of the June 30, 2026 version of the Ledger as so submitted, redacted as described below.

4.      The only changes made to Exhibit A from the version so submitted are redactions for public filing, which appear as bracketed substitutions in ordinary text: the Plaintiffs' names replaced with the pseudonyms used in this action (A.B., B.B., E.B.-1, E.B.-2, and [B.] where a surname initial appears in quoted correspondence); the names of certain school staff replaced with role descriptions; course titles replaced with [Advanced Course]; and limited substitutions of information that, alone or in combination, could reasonably identify the minor Plaintiffs or other students. Certain bracketed text in the document, such as transcript stage directions, is original to the document as submitted. No entry has been added, deleted, or otherwise altered.

5.      The entries in the Ledger record events I personally observed, documents and communications I sent or received, and requests I made. The characterizations, opinions, and contentions in the entries are my own, made in good faith based on my understanding of the events at the time I recorded them.

6.      I submit the Ledger to inform the Court of the reasons Plaintiffs seek dismissal of this action without prejudice.

I declare under penalty of perjury that the foregoing is true and correct.


Executed on August 5, 2026.

_____

A.B.

# Exhibit A