RUE LAW GROUP
John Rue, Esq. (ID #047032005)
5 Lake Drive
Woodland Lakes
Randolph, New Jersey 07869
(862) 283-3155
john@johnruelaw.com
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| A.B. and B.B., individually and as parents and next friends of E.B.-1, a minor, and E.B.-2, a minor, | Civil Action No. 2:26-cv-01031-BRM-MAH |
| *Plaintiffs,* | **ORDER** |
| v. | |
| FORT LEE BOARD OF EDUCATION, | |
| *Defendant.* | |

THIS MATTER having come before the Court on the motion of Plaintiffs A.B. and B.B., individually and as parents and next friends of E.B.-1 and E.B.-2, minors, for an order pursuant to Federal Rule of Civil Procedure 41(a)(2) dismissing this action without prejudice; and the Court having considered the submissions of the parties and any opposition thereto; and for good cause shown;

IT IS on this _____ day of _____, 2026,

ORDERED that Plaintiffs' motion is GRANTED; and it is further

ORDERED that this action, and all claims of all Plaintiffs, is DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(2).

_____
Hon. Brian R. Martinotti, U.S.D.J.