RUE LAW GROUP
John Rue, Esq. (ID #047032005)
5 Lake Drive
Woodland Lakes
Randolph, New Jersey 07869
(862) 283-3155
john@johnruelaw.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| A.B. and B.B., individually and as parents and next friends of E.B.-1, a minor, and E.B.-2, a minor,<br><br>*Plaintiffs,*<br><br>v.<br><br>FORT LEE BOARD OF EDUCATION,<br><br>*Defendant.* | Civil Action No. 2:26-cv-01031-BRM-MAH<br><br>**ORDER** |

THIS MATTER having come before the Court on the motion of Plaintiffs A.B. and B.B., individually and as parents and next friends of E.B.-1 and E.B.-2, minors, for an order pursuant to Federal Rule of Civil Procedure 41(a)(2) dismissing this action without prejudice; and the Court having considered the submissions of the parties and any opposition thereto; and for good cause shown;

IT IS on this __10th____ day of _August___________, 2026,

ORDERED that Plaintiffs' motion is GRANTED; and it is further

ORDERED that this action, and all claims of all Plaintiffs, is DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(2) and the matter shall be marked CLOSED.

_***/s/Brian R. Martinotti***___________
Hon. Brian R. Martinotti, U.S.D.J.